# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VOKAL, INC.,**

        **Plaintiff,**

**-vs-**                          **Case No. 6:04-cv-254-Orl-31DAB**

**NELLY f/k/a Cornell Hayes, Jr. and**
**VOKAL CLOTHING COMPANY L.L.C.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANTS' UNOPPOSED MOTION TO STRIKE AFFIDAVITS FILED BY PLAINTIFF IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT (Doc. No. 86)**
>
> **FILED:**    **July 25, 2005**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** based on the parties' stipulation. Doc. No. 86. The Clerk is directed to strike the declarations of Jeffrey Gordon (Doc. No. 71, Att. 3) and Russell Simmons (Doc. No. 71, Att. 5).

The parties have stipulated that Plaintiff may offer testimony from Mr. Simmons and Mr. Gordon at trial if summary judgment is not granted and if Plaintiff makes them available for deposition at least twenty (20) days before trial. The parties have also agreed that Mr. Gordon may appear at his deposition by telephone, video conference, or by other similar electronic means. Implicit

in the parties' agreement is a request to the Court to allow these depositions to take place outside of the discovery period, which closed on May 2, 2005.  The Motion is **GRANTED.**

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record