**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VOKAL, INC.,**

        **Plaintiff,**

-vs-                                                 Case No. 6:04-cv-254-Orl-31DAB

**NELLY f/k/a Cornell Hayes, Jr. and**
**VOKAL CLOTHING COMPANY L.L.C.,**

        **Defendants.**

_____

## ORDER

Upon consideration of Defendant's Amended Motion for Attorney's Fees (Doc. 109) and Plaintiff's Opposition thereto (Doc. 117), the Court concludes that this is not an exceptional case warranting an award of attorney's fees under 15 U.S.C. § 1117(a). It is, therefore

**ORDERED** that said Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 21, 2006.

                                                                          GREGORY A. PRESNELL
                                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party