**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VOKAL, INC.,**

        **Plaintiff,**

-vs-                                          Case No. 6:04-cv-254-Orl-31DAB

**NELLY f/k/a Cornell Hayes, Jr. and**
**VOKAL CLOTHING COMPANY L.L.C.,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Defendants' Application for Attorney's Fees (Doc. 131), filed pursuant to the Court's Order at Doc. 130, it is

**ORDERED** that the Application is GRANTED. The Clerk is directed to enter judgment for Defendant and against Plaintiff in the amount of $12,861.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 2, 2006.

                                                                    GREGORY A. PRESNELL
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party